
FILED

APR 1 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM TROY TIMMONS, Defendant. | CR 17-29-BLG-SPW-2<br><br>**ORDER** |

Defendant, William Troy Timmons filed an Unopposed Motion to Stay Proceedings (Doc. 119) on grounds that due to poor health, the Defendant is incapable of preparing or appearing for trial. Accordingly, I find the ends of justice served by staying proceedings pending resolution of Defendant's health issues outweigh the best interests which the public and the Defendant have in a speedy trial, and that staying proceedings is reasonable. Therefore,

**IT IS HEREBY ORDERED** that proceedings in this matter are hereby **STAYED** pending resolution of Defendant's health issues.

**IT IS FURTHER ORDERED** that the Trial set for April 30, 2018 at 9:00 a.m. is **VACATED,** along with all pretrial deadlines (Doc. 118).

**IT IS FURTHER ORDERED** that counsel for Defendant shall file a status report with this court by **June 15, 2018** advising the Court of the Defendant's health status.

All time from the date of this Order until the Court's Order resetting the trial and deadlines is excludable under the Speedy Trial Act. 18 U.S.C. Section 3161(h)(4).

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 13th day of April, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE