IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
MAY 23 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-29-BLG-SPW-2 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM TROY TIMMONS, | |
| Defendant. | |

The United States has moved to dismiss the indictment with prejudice in this case against the defendant, William Troy Timmons (Doc. 123). On April 28, 2018, Timmons passed away in Salt Lake City, Utah. Therefore, based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the indictment filed on March 17, 2017, in this case is **DISMISSED WITH PREJUDICE** against the defendant, William Troy Timmons.

DATED this 22nd day of May, 2018.

SUSAN P. WATTERS
United States District Judge